**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | DKC Enterprises, LLC d/b/a Henceforth, DC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Internet Bank of Indiana 8701 East 116th Street Fishers, IN 46038 | | Money loaned | | | | $500,000.00 |
| DC Office of Tax and Revenue 1101 4th Street, SW Suite 270 West Washington, DC 20024 | | Taxes | | | | $25,092.65 |
| Janover Inc. 6401 Congress Ave Ste 250 Boca Raton, FL 33487 | | Trade Debt | | | | $22,040.00 |
| First Internet Bank of Indiana 8701 East 116th Street Fishers, IN 46038 | | Money loaned | | | | $19,957.07 |
| Woodberry Fabrication, LLC 1219 Wiseburg Road White Hall, MD 21161 | | Trade Debt | | | | $14,670.52 |
| DC Government Health Benefit Exchange 1225 Eye Street, NW Suite 400 Washington, DC 20005 | | Insurance premiums | | | | $14,432.72 |
| AC Beverage 1993-7 Moreland Parkway Annapolis, MD 21401 | | Trade Debt | | | | $14,120.97 |

Debtor    __DKC Enterprises, LLC d/b/a Henceforth, DC__        Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Marcella Verchio 257 15th St SE Unit D Washington, DC 20003 | | Trade Debt | | | | $4,750.00 |
| Watermark Design 618 Forest Street Ste A Charlottesville, VA 22903 | | Trade Debt | | | | $4,523.20 |
| Capital Seaboard 7540 Assateague Drive Jessup, MD 20794 | | Trade Debt | | | | $3,596.87 |
| Fells Point Wholesale Meats 2730 Wilmarco Avenue Baltimore, MD 21223 | | Trade Debt | | | | $2,850.69 |
| The Chefs' Warehouse Mid-Atlantic, LLC 7477 Candlewood Road Hanover, MD 21076 | | Trade Debt | | | | $2,556.25 |
| AutoChlor System 6301 Stevenson Avenue Suite 1 Alexandria, VA 22304 | | Trade Debt | | | | $2,358.50 |
| Clipper Construction 1354 Cooksie Street Baltimore, MD 21230 | | Trade Debt | | | | $2,231.90 |
| Republic Services 300 Ritchie Road Capitol Heights, MD 20743 | | Trade Debt | | | | $1,873.31 |
| DC Water 1385 Canal Street, SE Washington, DC 20003 | | Utility Service | | | | $1,330.62 |
| Virginia Linen Service 6101 Sheriff Road Capitol Heights, MD 20743-1500 | | Trade Debt | | | | $1,267.20 |

Debtor   __DKC Enterprises, LLC d/b/a Henceforth, DC__                    Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Free Run Wine Merchants Maryland 2000-2100 Washington Blvd Unit C Baltimore, MD 21230 | | Trade Debt | | | | $996.06 |
| Next Glass Inc. 1213 W. Morehead St. Suite 220 Charlotte, NC 28208 | | Trade Debt | | | | $899.94 |
| Guardian Fire Protection Services, LLC 7668 Standish Place Rockville, MD 20855-7710 | | Trade Debt | | | | $640.39 |