# Profit and Loss

## DKC Enterprises, LLC
September 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Income** | |
|   4000 Sales | |
|    4200 Retail Sales | |
|     4201 Beer Sales | 40,422.80 |
|     4202 Outside Beer | 3,616.00 |
|     4203 Merchendise | 22.00 |
|     4204 NA Beverage | 2,404.50 |
|     4205 Liquor/Cocktails | 25,609.81 |
|     4206 Wine | 26,743.67 |
|     4207 Food | 35,667.50 |
|     4220 Discounts given | -6,471.73 |
|   **Total for 4200 Retail Sales** | **$128,014.55** |
|    4300 Public Event | 1,100.00 |
|    4350 Private Event | 207.80 |
|   **Total for 4000 Sales** | **$129,322.35** |
| **Total for Income** | **$129,322.35** |
| **Cost of Goods Sold** | |
|   5000 Cost of goods sold | |
|    5100 Brewery COGS | |
|     5101 COGS Beer - Kegged | 1,439.28 |
|     5105 Inventory Adjustment | 77.13 |
|     5107 Brewery Raw Materials and Supplies | 802.42 |
|   **Total for 5100 Brewery COGS** | **$2,318.83** |
|    5200 Retail COGS | |
|     5202 Outside Beer | 1,318.95 |
|     5203 Merchandise | 11.00 |
|     5204 NA Beverage | 998.81 |
|     5205 Liquor/Cocktails | 4,029.17 |
|     5206 Wine | 4,605.32 |
|     5207 Food | 17,978.63 |
|     5208 Taproom COGS | 89.68 |
|   **Total for 5200 Retail COGS** | **$29,031.56** |
|   **Total for 5000 Cost of goods sold** | **$31,350.39** |
| **Total for Cost of Goods Sold** | **$31,350.39** |
| **Gross Profit** | **$97,971.96** |
| **Expenses** | |
|   6000 Advertising & Marketing | |
|    6001 Festival and Offsite Events | 1,000.00 |

# Profit and Loss

## DKC Enterprises, LLC
September 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| 6002 Marketing | 1,069.43 |
| 6003 Social Media | 750.00 |
| 6004 Printed Materials | 190.80 |
| **Total for 6000 Advertising & Marketing** | **$3,010.23** |
| 6020 Bank and Service Charges | |
| 6021 Bank Fees | 313.33 |
| 6022 Merchant / Credit Card Fees | 6,552.33 |
| **Total for 6020 Bank and Service Charges** | **$6,865.66** |
| 6040 Cleaning Supplies | 2,493.15 |
| 6060 Insurance | $403.46 |
| 6062 General Liability | 6,375.75 |
| 6065 Workers Comp | 722.60 |
| **Total for 6060 Insurance** | **$7,501.81** |
| 6070 Legal & Professional Fees | |
| 6071 Accounting Services | 1,300.00 |
| 6074 Legal Services | 7,500.00 |
| **Total for 6070 Legal & Professional Fees** | **$8,800.00** |
| 6075 Event Expense | 4,016.28 |
| 6080 Meals & Entertainment | 158.27 |
| 6090 Music & Entertainment | 1,500.00 |
| 6100 Office Expenses | |
| 6101 Office supplies | 846.32 |
| 6103 Shipping & postage | 156.20 |
| 6104 Software & Apps | 1,845.97 |
| **Total for 6100 Office Expenses** | **$2,848.49** |
| 6200 Payroll Expenses | |
| 6201 Payroll Fees | 489.00 |
| 6211 Taproom Wages | 17,523.85 |
| 6212 Wine Bar Wages | 1,206.91 |
| 6214 Speakeasy Wages | 4,459.41 |
| 6215 Kitchen Wages | 25,288.88 |
| 6216 Management Wages | 19,844.07 |
| 6219 Kitchen Contract Labor | 9,422.40 |
| 6220 Employer Taxes | 8,870.73 |
| 6230 Health Benefits Expense | -1,637.23 |
| **Total for 6200 Payroll Expenses** | **$85,468.02** |
| 6300 Rent Expense | 28,992.92 |
| 6305 Equipment Rental | 2,556.47 |
| 6310 Repairs & Maintenance | 3,561.92 |

# Profit and Loss

## DKC Enterprises, LLC
### September 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| 6320 Supplies & Materials | |
| 6321 Brewery | 12.17 |
| 6322 Taproom | 960.89 |
| 6323 Operating Supplies | 1,745.43 |
| 6324 Kitchen Supplies | 1,691.42 |
| 6325 Linen Supplies | 1,234.81 |
| **Total for 6320 Supplies & Materials** | **$5,644.72** |
| 6340 Taxes & Licenses | |
| 6342 Permits & Licenses | |
| 6343 Liquor License Fees | 784.08 |
| 6345 Business Licenses | 270.00 |
| **Total for 6342 Permits & Licenses** | **$1,054.08** |
| **Total for 6340 Taxes & Licenses** | **$1,054.08** |
| 6400 Travel | |
| 6403 Taxi & Rideshare | 15.99 |
| **Total for 6400 Travel** | **$15.99** |
| 6450 Utilities | |
| 6451 Electricity | 6,272.16 |
| 6452 Heating & Gas | 673.23 |
| 6454 Phone service | 161.20 |
| 6455 Trash & Recycling | 406.83 |
| **Total for 6450 Utilities** | **$7,513.42** |
| 7000 Guaranteed Payments | |
| 7001 GP-B. Mullett | 18,750.00 |
| 7002 GP-M. Spinello | 18,750.00 |
| **Total for 7000 Guaranteed Payments** | **$37,500.00** |
| Unapplied Cash Bill Payment Expense | 19,092.46 |
| **Total for Expenses** | **$228,593.89** |
| **Net Operating Income** | **-$130,621.93** |
| Other Income | |
| Other Expenses | |
| 9000 Other Expenses | |
| 9001 Depreciation Expense | 15,838.77 |
| 9002 Amortization Expense | 5,296.07 |
| 9005 Interest Expense | |
| 9004 SBA Loan Interest | 22,455.28 |
| 9006 Interest - Line of Credit | 2,611.65 |
| **Total for 9005 Interest Expense** | **$25,066.93** |

# Profit and Loss

## DKC Enterprises, LLC

September 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| 9007 Penalties | 624.08 |
| **Total for 9000 Other Expenses** | **$46,825.85** |
| **Total for Other Expenses** | **$46,825.85** |
| **Net Other Income** | **-$46,825.85** |
| **Net Income** | **-$177,447.78** |