# Statement of Cash Flows

## DKC Enterprises, LLC

September 2025

| FULL NAME | TOTAL |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -142,045.00 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 1105 Accounts Receivable (A/R):TripleSeat (A/R) | 1,133.00 |
| 1305 Inventory:Merchandise | 811.00 |
| 1311 Inventory:Brewery:Beer - Kegged | -447.59 |
| 1313 Inventory:Brewery:Work in Progress | 515.69 |
| 1314 Inventory:Brewery:Brewery Ingredients | 463.02 |
| 1390 Prepaid Expenses | -7,444.61 |
| 1395 Arryved Clearing | 23,080.75 |
| 1402 Intangible Assets:Accumulated Amortization | 5,296.07 |
| 1590 Accumulated depreciation | 15,838.77 |
| 2000 Accounts Payable (A/P) | -53,912.03 |
| 2050 FIB Credit Card *2758 | -1,629.47 |
| 2080 Accrued Payroll Wages | 5,558.19 |
| 2081 Accrued Payroll Tax | 858.05 |
| 2130 Payroll Liabilities:401k Payable | 0.00 |
| 2145 Payroll Liabilities:Tips Payable | 3,193.57 |
| 2150 Gift Cards | 275.00 |
| 2165 Event Deposits | 310.04 |
| 2166 Payroll Clearing | 0.00 |
| 2190 Sales Tax Payable | 339.61 |
| **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-$5,760.94** |
| **Net cash provided by operating activities** | **-$147,805.94** |
| INVESTING ACTIVITIES | |
| FINANCING ACTIVITIES | |
| 2300 SBA Loan | -15,176.00 |
| 2350 Line of Credit * 8916 | 149,650.00 |
| 3210 Partner investments:Member Capital - Member 1 | -4,235.42 |
| 3621 Preferred Investment:Bridge Preferred:Accrued Bridge Preferred | 4,235.42 |
| **Net cash provided by financing activities** | **$134,474.00** |
| **NET CASH INCREASE FOR PERIOD** | **-$13,331.94** |
| **Cash at beginning of period** | **$79,848.41** |
| **CASH AT END OF PERIOD** | **$66,516.47** |