**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 25-00500-ELG** |
| **DKC ENTERPRISES, LLC,** | **Chapter 11** |
| **Debtor.** | **Subchapter V** |

**NOTICE OF (I) FILING OF FIRST AMENDED PLAN OF**
**REORGANIZATION, (II) DEADLINE TO VOTE TO**
**ACCEPT OR REJECT PLAN, (III) DEADLINE**
**TO OBJECT TO CONFIRMATION OF PLAN, AND**
**(IV) HEARING TO CONSIDER CONFIRMATION OF PLAN**

> **Your rights may be affected.** you should read these papers
> care-fully and discuss them with your attorney, if you have
> one in this Chapter 11 Case. If you do not have an attorney,
> you may wish to consult one.

**PLEASE TAKE NOTICE THAT**, the Debtor in the above-captioned chapter 11 case

filed the enclosed *First Amended Plan of Reorganization of DKC Enterprises, LLC* (the "***Plan***"),

on April 15, 2026 with the United States Bankruptcy Court for the District of Columbia (the

"***Court***") [Docket No. 121]. A blackline of the Plan which reflects the changes made from the

initial version of the plan filed at Docket No. 73 on January 27, 2026 will be filed and available

for viewing on the docket in the above-captioned case or available free of charge upon request to

the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT**, the deadline to submit a vote on the

Plan is **May 15, 2026**. In order to vote on the Plan, you must return a signed ballot by mail to

Hirschler Fleischer, PC, Attn: Lawrence A. Katz, 1676 International Drive, Suite 1350, Tysons,

VA  22102 so as to be received on or before the date stated above. The submission of a ballot by

any party does not constitute the filing of a proof of claim.

1

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to file an objection to the Plan is **May 15, 2026**. If you want the court to consider your views on the Plan, then you or your attorney must, on or before the date stated above, file with the Court an objection to the Plan, explaining your position with particularity. You must file your objection through the Court's Electronic Case Filing system at https://ecf.dcb.uscourts.gov/ or by mail to:

> Clerk of Court
> U.S. Bankruptcy Court for the District of Columbia
> 333 Constitution Ave., NW
> Washington, DC  20001

If you mail your objection to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also send copies of your objection to the following, so as to be received on or before the date stated above:

> Hirschler Fleischer, PC
> Attn: Lawrence A. Katz, Esquire
> 1676 International Drive
> Suite 1350
> Tysons, VA  22102

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Plan (the "*Confirmation Hearing*") is scheduled to be held on **May 19, 2026, at 10:00 a.m. (ET)** in Courtroom 1 at the United States Bankruptcy Court, 333 Constitution Avenue, NW, Washington, DC 20001. Unless otherwise ordered by the Court, parties may attend in person or virtually by Zoom. Contact Gunn_Hearings@DCB.USCourts.gov for Zoom information. The Confirmation Hearing may be continued from time to time without further notice other than by an announcement in open court or a notice filed on the Court's docket and served on all parties entitled to the notice.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan may be modified pursuant to section 1127 of the Bankruptcy Code, before, during, or because of the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE THAT Article XI of the Plan contains certain proposed releases, exculpations and injunctions. These provisions may affect your rights, including your rights against persons other than the Debtor.**

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor has enclosed ballots for voting on the Plan for all parties known to be eligible to vote on the Plan. If you believe you are entitled to vote on the Plan, but have not received a ballot with this Notice, or if you have lost your ballot, you may obtain a ballot from the Debtor's counsel at Hirschler Fleischer, PC, Attn: Lawrence A. Katz, Esquire, 1676 International Drive, Suite 1350, Tysons, VA  22102 or by email to lkatz@hirschlerlaw.com. The delivery of a ballot to any person is not a concession that such person is entitled to vote or holds an allowable claim in any class.

Dated: April 17, 2026

Respectfully submitted,

*/s/ Lawrence A. Katz*
Lawrence A. Katz (D.C. Bar No. 252825)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia  22102
Telephone: (703) 584-8362
Email: lkatz@hirschlerlaw.com

*Counsel to the Debtor*

3